THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PRATTS, Appellant. [934 NYS2d 910]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.